| | |
|---|---|
| 1 | JEFFREY E. FAUCETTE (No. 193066) |
| | JASON M. SKAGGS (No. 202190) |
| 2 | SKAGGS FAUCETTE LLP |
| | One Embarcadero Center, Suite 500 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 315-1669 |
| 4 | Facsimile: (415) 433-5994 |
| | E-mail: jeff@skaggsfaucette.com |
| 5 | E-mail: jason@skaggsfaucette.com |
| 6 | Attorneys for Defendants RICHARD HIBBARD and UES COMPANY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUTZMEISTER AMERICA, INC., a Delaware corporation, | Case No.: 3:11-cv-5575 (CRB) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO FIRST AMENDED COMPLAINT** |
| v. | |
| UNITED EQUIPMENT SALES, INC., an Oregon corporation in dissolution, UES COMPANY, INC., an Oregon corporation, and RICHARD HIBBARD, an individual, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for Plaintiff Putzmeister America, Inc. and Defendants Richard Hibbard and UES Company, Inc. as follows:

    a.    The undersigned counsel for Defendants shall accept service of Plaintiff Putzmeister America, Inc.'s First Amended Complaint on behalf of UES Company, Inc.

    b.    Defendants Richard Hibbard and UES Company, Inc.'s responses to Plaintiff's First Amended Complaint shall be due to be filed on or before May 18, 2012.

Dated: April 26, 2012    SKAGGS FAUCETTE LLP

By:    /s/
Jeffrey E. Faucette
Attorneys for Defendants RICHARD HIBBARD and UES COMPANY, INC.

Dated: April 26, 2012    CARR & FERRELL LLP

By:    /s/
Robert J. Yorio
Attorneys for Plaintiff PUTZMEISTER AMERICA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____April 27_____, 2012

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA