1  JEFFREY E. FAUCETTE (No. 193066)
   JASON M. SKAGGS (No. 202190)
2  SKAGGS FAUCETTE LLP
   One Embarcadero Center, Suite 500
3  San Francisco, California 94111
   Telephone: (415) 315-1669
4  Facsimile:  (415) 433-5994
   E-mail: jeff@skaggsfaucette.com
5  E-mail: jason@skaggsfaucette.com

6  Attorneys for Defendants RICHARD HIBBARD
   and UES COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUTZMEISTER AMERICA, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED EQUIPMENT SALES, INC., an Oregon corporation in dissolution, UES COMPANY, INC., an Oregon corporation, and RICHARD HIBBARD, an individual,<br><br>　　　　Defendant. | Case No.: 3:11-cv-5575 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO FIRST AMENDED COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER RE FAC: CASE NO. 3:11-cv-5575 (CRB)

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for Plaintiff Putzmeister America, Inc. and Defendants Richard Hibbard and UES Company, Inc. as follows:

    a.    Defendants Richard Hibbard and UES Company, Inc.'s responses to Plaintiff's First Amended Complaint shall be due to be filed on or before July 31, 2012.

    b.    The initial case management conference shall be set for August 24, 2012 at 8:30 a.m. or as soon thereafter as the Court's calendar permits.

Dated: July 12, 2012    SKAGGS FAUCETTE LLP

By:   /s/
Jeffrey E. Faucette
Attorneys for Defendants RICHARD HIBBARD and UES COMPANY, INC.

Dated: July 12, 2012    CARR & FERRELL LLP

By:   /s/
Robert J. Yorio
Attorneys for Plaintiff PUTZMEISTER AMERICA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____July 18_, 2012

Hon. _____
United _____

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*