1  JEFFREY E. FAUCETTE (No. 193066)
   JASON M. SKAGGS (No. 202190)
2  SKAGGS FAUCETTE LLP
   One Embarcadero Center, Suite 500
3  San Francisco, California 94111
   Telephone:  (415) 315-1669
4  Facsimile:   (415) 433-5994
   E-mail: jeff@skaggsfaucette.com
5  E-mail: jason@skaggsfaucette.com

6  Attorneys for Defendants RICHARD HIBBARD
   and UES COMPANY, INC.

7

8

9

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15

16

17 | PUTZMEISTER AMERICA, INC., a          Case No.: 3:11-cv-5575 (CRB)
   | Delaware corporation,
18 |                                        **STIPULATION AND [PROPOSED]
   |         Plaintiff,                      ORDER RE RESPONSE TO FIRST
19 | v.                                      AMENDED COMPLAINT AND INITIAL
   |                                         CASE MANAGEMENT CONFERENCE**
20 | UNITED EQUIPMENT SALES, INC., an
   | Oregon corporation in dissolution, UES
21 | COMPANY, INC., an Oregon corporation,
   | and RICHARD HIBBARD, an individual,
22 |
   |         Defendant.
23

24

25

26

27

28

SKAGGS
FAUCETTE LLP

STIPULATION AND [PROPOSED] ORDER RE FAC: CASE NO. 3:11-cv-5575 (CRB)

1   IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for

2   Plaintiff Putzmeister America, Inc. and Defendants Richard Hibbard and UES Company, Inc. as

3   follows:

4        a.        Defendants Richard Hibbard and UES Company, Inc.'s responses to

5                  Plaintiff's First Amended Complaint shall be due to be filed on or before

6                  July 31, 2012.

7        b.        The initial case management conference shall be set for August **24**, 2012 at

8                  8:30 a.m. or as soon thereafter as the Court's calendar permits.

9

10  Dated: July 12, 2012                    SKAGGS FAUCETTE LLP

11

12                                          By:  _____/s/_____
                                                      Jeffrey E. Faucette
13                                          Attorneys for Defendants RICHARD HIBBARD and
14                                          UES COMPANY, INC.

15  Dated: July 12, 2012                    CARR & FERRELL LLP

16

17                                          By:  _____/s/_____
                                                      Robert J. Yorio
18                                          Attorneys for Plaintiff PUTZMEISTER AMERICA,
19                                          INC.

20

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  Dated: _____July 18_, 2012

23

24

25                                          _____
                                            Hon. ...
26                                          United ...

27

28

SKAGGS
FAUCETTE LLP

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA